HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DONAT KAZARINOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00125-MJS |
|---|---|---|
| Plaintiff, | ) | MOTION TO VACATE DECEMBER 6, 2016 REVIEW HEARING; ORDER |
| vs. | ) | |
| DONAT KAZARINOFF, | ) | |
| Defendant. | ) | |

Defendant Donat Kazarinoff hereby requests that the Court vacate the December 6, 2016 review hearing.

On January 5, 2016, the Court sentenced Mr. Kazarinoff to twelve months of unsupervised probation, with the conditions that he obey all laws, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, and to pay a fine totaling $275.00. In light of Mr. Kazarinoff's compliance, the parties are in agreement that the December 6, 2016 review hearing be vacated.

//

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 2, 2016          */s/ Reed Grantham*
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Defendant
                                DONAT KAZARINOFF

**O R D E R**

Based on the parties' joint representation that Mr. Kazarinoff has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for December 6, 2016, at 10:00 a.m. in Case No. 6:15-mj-00125-MJS.

IT IS SO ORDERED.

Dated:   December 5, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

Kazarinoff: Motion to
Vacate Review Hearing

2