| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | DONAT KAZARINOFF |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00125-MJS |
| Plaintiff, | ) | **MOTION TO DISMISS COUNT 1; ORDER** |
| vs. | ) | |
| DONAT KAZARINOFF, | ) | |
| Defendant. | ) | |

Defendant DONAT KAZARINOFF hereby files this motion to dismiss Count 1 pursuant to 18 U.S.C. § 3607(a). The government does not oppose this request.

On January 5, 2016, Mr. Kazarinoff pled guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Kazarinoff a deferred entry of judgment under 18 U.S.C. § 3607(a). On December 5, 2016, the Court vacated Mr. Kazarinoff's review hearing, as Mr. Kazarinoff fully complied with the terms of his probation. Mr. Kazarinoff's probation expired on January 5, 2017.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Mr. Kazarinoff's term of probation has now expired and he did not violate any condition of his probation. Accordingly, Mr. Kazarinoff requests that the Court,

without entering a judgment of conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 13, 2017 /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
DONAT KAZARINOFF

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Count 1 of the Criminal Complaint in *United States v. Donat Kazarinoff*, Case No. 6:15-mj-00125-MJS.

IT IS SO ORDERED.

Dated: April 14, 2017         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE